FILED

2019 MAR 21 AM 11: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| U.S. of America PLAINTIFF(S) v. Mark Glasser DEFENDANT(S). | CASE NUMBER **ED 19-0164M** AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Indictment**
in the **Central** District of **Illinois** on **3-6-19**
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ___
in violation of Title **21** U.S.C., Section(s) **846, 841**
to wit: **Conspiracy to Distribute 50 grams or mix of methamphetamine**

A warrant for defendant's arrest was issued by: **Shig Yasonaga, Clerk of the Court**

Bond of $ ___ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **3/21/19**, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: **Keelin Tolly**

Agency: **DEA**

Title: **Special Agent**

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT